UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAO DAY THAI,<br><br>        Plaintiffs,<br><br>v.<br><br>POLLY KAISER, et al.,<br><br>        Defendants. | Case No. 25-cv-06293 (RFL)<br><br>**ORDER RE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 2 |

    Petitioner seeks a temporary restraining order and preliminary injunction to enjoin the U.S. Department of Homeland Security ("DHS") and U.S. Immigration and Customs Enforcement ("ICE") from re-arresting him unless and until he is afforded notice and a hearing before an Immigration Judge on the questions of whether his re-detention is warranted and his removal to Vietnam is reasonably foreseeable. Petitioner asserts that Respondents plan to re-detain him on July 29, 2025. His counsel has notified the U.S. Attorney's Office of his request for a temporary restraining order, but states that the U.S. Attorney's Office has not yet confirmed receipt.

    In light of Petitioner's motion, it is ordered:

1. Petitioner shall immediately send a copy of this Order to Respondents, and any counsel for Respondents with whom Petitioner has been communicating regarding this matter.

2. A hearing on Petitioner's motion is set for **July 28, 2025, at 3:30 p.m.** via Zoom.

**IT IS SO ORDERED.**

Dated: July 26, 2026

                                                                        RITA F. LIN<br>
                                                                        United States District Judge