1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7298
6       Facsimile: (415) 436-6748
        elizabeth.kurlan@usdoj.gov
7
   Attorneys for Respondents
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

| | |
|---|---|
| TAO DAY THAI, | Case No. 3:25-cv-6293-RFL |
| Petitioner, | **STIPULATION TO CONTINUE THE HEARING ON PETITIONER'S MOTION FOR TEMPORARY RESTRAINTING ORDER; [PROPOSED] ORDER** |
| v. | |
| POLLY KAISER, *et al.*, | |
| Respondents. | The Honorable Rita F. Lin |

On July 26, 2025, the Court set a hearing on Petitioner's motion for a temporary restraining order ("TRO") for July 28, 2025, at 3:30 p.m. *See* Dkt. No. 5. Petitioner and Respondents have conferred and stipulate to the following:

   1.   U.S. Immigration and Customs Enforcement ("ICE") will not re-detain Petitioner Hao Day Thai at his scheduled check-in on July 29, 2025. Petitioner will comply with the standard processes during the check-in in a non-detained setting, which include completing the required forms for submitting a request for travel documents and providing two to three potential countries for removal.

   2.   The parties respectfully request that the Court continue the TRO hearing scheduled for 3:30 p.m. today, July 28, 2025. After Petitioner's check-in on July 29, 2025, the parties will confer and

STIPULATION
3:25-cv-6293-RFL

1

provide the Court with a proposed briefing schedule and hearing date for Petitioner's motion for TRO and preliminary injunction.

For these reasons, the parties respectfully request that the Court grant their stipulation and continue the hearing scheduled for today, July 28, 2025, at 3:30 p.m.

Dated: July 28, 2025                                    Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney

Attorneys for Respondents

Dated: July 28, 2025

*/s/ Christine Raymond*
CHRISTINE RAYMOND
Van Der Hour LLP

Attorney for Petitioner

## [PROPOSED] ORDER

Pursuant to stipulation, the hearing scheduled for July 28, 2025 is vacated. IT IS SO ORDERED.

Date: July 28, 2025

RITA F. LIN
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION
3:25-cv-6293-RFL

2