CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Acting Chief, Civil Division

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7167
    FAX: (415) 436-7169
    Kenneth.Brakebill@usdoj.gov

Attorneys for Respondents-Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HAO DAY THAI,<br><br>    Petitioner-Plaintiff,<br><br>v.<br><br>SERGIO ALBARRAN, Field Office Director of the San Francisco Immigration and Customs Enforcement Office[1]; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; KRISTI NOEM, in her Official Capacity, Secretary, U.S. Department of Homeland Security; and PAMELA BONDI, in her Official Capacity, Attorney General of the United States;<br><br>    Respondents-Defendants. | CASE NO. 4:25-cv-06293<br><br>**STIPULATION ON BRIEFING SCHEDULE REGARDING HABEAS PETITION;** [~~PROPOSED~~] **ORDER** |

---

[1] Sergio Albarran is automatically substituted for Polly Kaiser as a defendant in this matter pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

STIPULATION ON BRIEFING SCHEDULE REGARDING HABEAS PETITION; [~~PROPOSED~~] ORDER
4:25-CV-06293

1	Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval,
2	Petitioner-Plaintiff Hao Day Thai ("Plaintiff") and Respondents-Defendants Polly Kaiser, Todd M.
3	Lyons, Kristi Noem, and Pamela Bondi ("Defendants") hereby stipulate as follows:
4	WHEREAS, on July 25, 2025, Plaintiff filed a petition for Writ of Habeas Corpus and Complaint
5	for Declaratory and Injunctive Relief and a Motion for Temporary Restraining Order (ECF Nos. 1, 2);
6	WHEREAS, on July 26, 2025, the Honorable Rita F. Lin entered an order setting a hearing on
7	Plaintiff's motion on July 28, 2025 (ECF No. 5);
8	WHEREAS, on July 28, 2025, the parties stipulated to continue the hearing and agreed to meet
9	and confer and then provide the Court with a proposed briefing schedule and hearing date for Plaintiff's
10	motion (ECF No. 10);
11	WHEREAS, on July 28, 2025, the Honorable Rita F. Lin granted said stipulation and vacated the
12	July 28, 2025 hearing (ECF No. 11);
13	WHEREAS, on July 29, 2025, this matter was reassigned to the Honorable Jon S. Tigar (ECF
14	No. 12);
15	WHEREAS, counsel for Plaintiff and Defendants have met and conferred, with Plaintiff agreeing
16	to withdraw his July 25, 2025 Motion for Temporary Restraining Order and the parties agreeing to brief
17	the merits on his habeas petition as stipulated below; and
18	WHEREAS, on July 31, 2025 Plaintiff withdrew his July 25, 2025 Motion for Temporary
19	Restraining Order (ECF No. 17);
20	
21	NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants
22	that, subject to the Court's approval:
23	1.	The remaining briefing deadlines for Plaintiff's petition for Writ of Habeas Corpus and
24	Complaint for Declaratory and Injunctive Relief shall be as follows: Defendants' response shall be filed
25	by October 17, 2025, and Plaintiff's reply shall be filed by November 17, 2025.
26	2.	Pursuant to the Court's availability, the hearing on Plaintiff's petition for Writ of Habeas
27	Corpus and Complaint for Declaratory and Injunctive Relief shall take place on December 11, 2025, at
28	

STIPULATION ON BRIEFING SCHEDULE REGARDING HABEAS PETITION; [PROPOSED] ORDER
4:25-CV-06293

1

2:00 p.m., or as soon thereafter as the parties may be heard.

DATED: September 25, 2025        Respectfully submitted,

                                                    CRAIG H. MISSAKIAN
                                                    United States Attorney

                                                    */s/ Kenneth Brakebill*
                                                      KENNETH W. BRAKEBILL
                                                      Assistant United States Attorney

                                                      *Attorneys for Respondents-Defendants*

DATED: September 25, 2025

                                                    */s/ Christine Raymond*
                                                    CHRISTINE RAYMOND
                                                    Van Der Hout LLP LLP

                                                     *Attorneys for Petitioner- Plaintiff*

**ECF ATTESTATION**

    In accordance with Civil Local Rule 5(i)(3), I, Kenneth Brakebill, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

STIPULATION ON BRIEFING SCHEDULE REGARDING HABEAS PETITION; [PROPOSED] ORDER
4:25-CV-06293

2

# ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED that:

1. The remaining briefing deadlines for Plaintiff's petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief shall be as follows: Defendants' response shall be filed by October 17, 2025, and Plaintiff's reply shall be filed by November 17, 2025.

2. The hearing on Defendant's Motion to Transfer shall take place on December 11, 2025, at 2:00 p.m. or, as determined by the Court at a later date.

DATED: September 26, 2025

_____
HON. JON S. TIGAR
United States District Judge