CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Acting Chief, Civil Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7167
FAX: (415) 436-7169
Kenneth.Brakebill@usdoj.gov

Attorneys for Respondents-Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HAO DAY THAI, <br><br>　　Petitioner-Plaintiff, <br><br>　　v. <br><br>SERGIO ALBARRAN, Field Office Director of the San Francisco Immigration and Customs Enforcement Office[1]; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; KRISTI NOEM, in her Official Capacity, Secretary, U.S. Department of Homeland Security; and PAMELA BONDI, in her Official Capacity, Attorney General of the United States; <br><br>　　Respondents-Defendants. | CASE NO. 4:25-cv-06293 <br><br>**STIPULATION ON REVISED BRIEFING SCHEDULE REGARDING HABEAS PETITION; [PROPOSED] ORDER** |

---

[1] Sergio Albarran is automatically substituted for Polly Kaiser as a defendant in this matter pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

STIPULATION ON BRIEFING SCHEDULE REGARDING HABEAS PETITION; [PROPOSED] ORDER
4:25-CV-06293

1  Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, Petitioner-Plaintiff Hao Day Thai ("Plaintiff") and Respondents-Defendants Polly Kaiser, Todd M. Lyons, Kristi Noem, and Pamela Bondi ("Defendants") hereby stipulate as follows:

WHEREAS, on July 31, 2025 Plaintiff withdrew his July 25, 2025 Motion for Temporary Restraining Order (ECF No. 17);

WHEREAS, on September 26, 2025, the Court entered an order granting a Stipulation of the parties on a briefing schedule for Plaintiff's petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief with a response date of October 17, 2025, a reply date of November 17, 2025 and a hearing date of December 11, 2025 (ECF No. 19); and

WHEREAS, Plaintiff is next scheduled to appear for an ICE check-in on February 5, 2026,

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that, subject to the Court's approval:

1. The revised briefing deadlines for Plaintiff's petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief shall be as follows: Defendants' response shall be filed by December 5, 2025, and Plaintiff's reply shall be filed by January 1, 2026.

2. Pursuant to the Court's availability, the hearing on Plaintiff's petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief shall take place on January 15, 2026, at 2:00 p.m., or as soon thereafter as the parties may be heard.

DATED: October 16, 2025                    Respectfully submitted,

                                           CRAIG H. MISSAKIAN
                                           United States Attorney

                                           */s/ Kenneth Brakebill*
                                           KENNETH W. BRAKEBILL
                                           Assistant United States Attorney

                                           *Attorneys for Respondents-Defendants*

DATED: October 16, 2025

STIPULATION ON BRIEFING SCHEDULE REGARDING HABEAS PETITION; [PROPOSED] ORDER
4:25-CV-06293

1

                                          */s/ Christine Raymond*
CHRISTINE RAYMOND
Van Der Hout LLP LLP

*Attorneys for Petitioner- Plaintiff*

### ECF ATTESTATION

In accordance with Civil Local Rule 5(i)(3), I, Kenneth Brakebill, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

STIPULATION ON BRIEFING SCHEDULE REGARDING HABEAS PETITION; [PROPOSED] ORDER
4:25-CV-06293

2

# DECLARATION OF KENNETH BRAKEBILL

I, Kenneth Brakebill, declare and state as follows:

1. I am an Assistant United States Attorney for the Northern District of California and counsel for the United States of America in this action. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so.

2. I submit this declaration in support of the Stipulation and Proposed Order to Extend Dates pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12.

3. Plaintiff filed his petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief on July 25, 2025. ECF No. 1. On the same date, Plaintiff filed a Motion for Temporary Restraining Order. ECF No. 2.

4. After counsel for Plaintiff and Defendants met and conferred, Plaintiff agreed to withdraw his Motion for Temporary Restraining Order and the parties agreed to brief the merits on his habeas petition. On July 31, 2025 Plaintiff withdrew his July 25, 2025 Motion for Temporary Restraining Order (ECF No. 17), and subsequently the parties submitted a briefing schedule on the habeas petition, which the court granted (ECF Nos. 18, 19).

5. On September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for other Executive Branch agencies, including the federal Defendant. The date when funding will be restored by Congress has not been established.

6. Undersigned counsel is furloughed for the duration of the lapse in appropriations.

7. Plaintiff is next scheduled to appear for an ICE check-in on February 5, 2026.

8. Counsel for the parties have met and conferred further and, to accommodate the circumstances described in paragraphs five through seven, agreed to extend the briefing schedule.

9. There have been no previous requests for time modification in this case.

STIPULATION ON BRIEFING SCHEDULE REGARDING HABEAS PETITION; [PROPOSED] ORDER
4:25-CV-06293

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  October 16, 2025          */s/ Kenneth Brakebill*
                                                Kenneth Brakebill
                                                Assistant United States Attorney

**[PROPOSED]** ORDER

Pursuant to stipulation, IT IS SO ORDERED that:

1. The remaining briefing deadlines for Plaintiff's petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief shall be revised as follows: Defendants' response shall be filed by December 5, 2025, and Plaintiff's reply shall be filed by January 1, 2026.

2. The hearing on Defendant's Motion to Transfer shall take place on January 15, 2026, at 2:00 p.m. or, as determined by the Court at a later date.

DATED: October 17, 2025

_____
HON. JON S. TIGAR
United States District Judge

STIPULATION ON REVISED BRIEFING SCHEDULE REGARDING HABEAS PETITION; [PROPOSED] ORDER
4:25-CV-06293

1