```
 1 | CRAIG H. MISSAKIAN (CABN 125202)
   | United States Attorney
 2 | KENNETH W. BRAKEBILL (CABN 196696)
   | Acting Chief, Civil Division
 3 | WILLIAM SKEWES-COX (DCBN 1780431)
   | Special Assistant United States Attorney
 4 |
   |     450 Golden Gate Avenue, Box 36055
 5 |     San Francisco, California 94102-3495
   |     Telephone:  (415) 436-7066
 6 |     Facsimile:  (415) 436-6748
   |     william.skewes-cox@usdoj.gov
 7 |
   | Attorneys for Respondents
 8 |
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HAO DAY THAI, | CASE NO. 4:25-cv-6293-JST |
|---|---|
| Petitioner, | **STIPULATION AND [PROPOSED] ORDER ON REVISED BRIEFING SCHEDULE** |
| v. | |
| SERGIO ALBARRAN, *et al.*, | |
| Respondents, | |

On October 17, 2025, this Court granted the Stipulation On Revised Briefing Schedule Regarding Habeas Petition. Therein, the Court ordered Respondents' Response due by December 5, 2025, and Petitioner's Reply due by January 1, 2026.

Due to personnel departures and medical issues by the attorneys representing Respondents, the undersigned attorney for Respondents has only since yesterday joined the case. The parties have conferred and agreed to stipulate to extend the deadlines for filing Respondents' Response and Petitioner's Reply by one week each.

The parties thus request that the Court extend Respondents' Response due date to December 12, 2025, and Petitioner's Reply due date to January 8, 2026. The parties agree to maintain the currently scheduled hearing date of January 15, 2026.

1  DATED: December 5, 2025                    Respectfully submitted,

2

3                                              CRAIG H. MISSAKIAN
                                               United States Attorney

4                                              */s/ William Skewes-Cox*
                                               WILLIAM SKEWES-COX
5                                              Special Assistant United States Attorney

6                                              Attorneys for Respondents

7

8                                              */s/ Christine Raymond*
                                               CHRISTINE RAYMOND
9                                              Ven Der Hout LLP

10                                             Attorney for Petitioner

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that Respondents' Response is due December 12, 2025, and that Petitioner's Reply is due January 8, 2025.  The Court will reset the hearing for the motion to February 12, 2026 at 2:00 p.m.

IT IS SO ORDERED.

DATED: December 10, 2025

_____
JON S. TIGAR
United States District Judge